UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GURROLA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC, et al.,<br><br>        Defendants. | Case No. 19-cv-02389-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the Third Amended Complaint with prejudice, the Court HEREBY ENTERS JUDGMENT.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 22, 2019

_____
JEFFREY S. WHITE
United States District Judge